USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/21/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In Re Rikers West Facility Coordinated Cases

*This filing relates to*:
Coordinated Cases 25 Civ. 4529, 25 Civ. 4736

25 Civ. 4529 (AT) (BCM)
25 Civ. 4736 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiffs' Gotti Berguette and Vladymir Campos proposed consent forms to proceed before Judge Moses. *See* ECF No. 25 in 25 Civ. 4529; ECF No. 22 in 25 Civ. 4736.[1] None of the proposed consent forms appear to include a signature for Defendant the City of New York.

For the proposed consent forms to be effective, all parties must consent to proceed before Judge Moses. If all parties consent, then by **December 9, 2025**, the parties shall file a fully executed Notice, Consent, and Reference to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, that is signed by all parties, including Defendant. If any party does not consent to conducting all further proceedings before Judge Moses, the parties must instead file a joint letter, by **that same date**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.**

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: November 21, 2025
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] The Court also notes that the proposed consent forms include individuals who are not Plaintiffs in any of the coordinated cases. The Court reminds Plaintiffs that if all parties consent, the form should only be signed by those Plaintiffs who consent to proceed before Judge Moses and the Defendant.